

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Reply to Northern Division Address                                    Catherine Stavlas, Chief Deputy

January 28, 2021

Circuit Court for Baltimore County
401 Bosley Avenue
Towson, MD 21204

      RE:    Yacko v. Howard
               Civil Action No. CCB-20-3763
               03-C-15-012299

Dear Clerk:

    On January 28, 2021, the Honorable Catherine C. Blake signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                                            Sincerely,

                                            Felicia C. Cannon, Clerk

                             By:          O. Lewis
                                            Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS Date. DAY OF Month. 20Year..

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**