MARILYN ELIZABETH HOWARD ROY BOSTICK

**IN THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND**

(Baltimore Division)

| | |
|---|---|
| MARILYN ELIZABETH HOWARD ROY BOSTICK, ET AL<br><br>Defendants, vs.<br><br>OCWEN LOAN SERVICING, INC., ET AL<br><br>Plaintiffs, | CIVIL ACTION CASE NO's:<br>1:20-cv-03763-CCB<br>RDB-18-3296 (Pending Case)<br>**MOTION TO RECONSIDER TO REINSTATE CASE** |

**MOTION TO RECONSIDER TO  REINSTATE CASE**

I, Marilyn E. Howard, as pro se litigant, requests to have this Court reconsider its order Remanding case back to Circuit Court it entered on January 28, 2021 (the "Order") to close this matter for the following reasons:

.

This said courts ruling is unconstitutional, prejudicial, overzealous and is a violation of the administration of justice to unfairly spearhead case back to Circuit Court of Baltimore County not giving defendant who is a Pro Se Litigant proper time to respond. Especially do to the fact the court is closed to the public that does not afford pro se litigants access to this said court do to the coronavirus epidemic.

1. On one hand you as the court can not interact with the public do to your health and safety concerns. On the other hand you as a Court have been afforded the opportunity to work at home and/or not interact with litigants and the public. However, your Order provided no consideration for me and did not afford me the same opportunity as you the court, as a citizen of the United States and state of Maryland with regards to my health and safety during the COVID-19 epidemic.

2. On January 22, 2021, I filed a "Request for Extension" that was officially

stamped in and put in the appropriate box in a large envelope. See Ex. A

3. I never received a response in the mail from this said court regarding "Request for an Extension" which was submitted in the required time per federal rules.

4. It is unethical misconduct if this said court ignord defendants court filing and this said court should have appropriately responed either to Grant or Deny defendant request for extension.

5. It is unethical misconduct for this said court to intentionally not docket Pro Se litigants court filings which I did not see my "REQUEST FOR EXTENSION" noted anywhere on the courts docket.

6. This said courts ruling is untimely not providing me the appropriate (21) days to respond to Plaintiffs Motion to Remand pursuant to Federal Rules.

7. This said Court violated my due process by not sending out the appropriate deficiency notice in the mail regarding any issues with Defendants Notice of Removal as required pursuant to Federal Rules of Civil Procedure which it stated in its own Order:

> "ECF No. 5. Howard did not pay the filing fee, nor did she file a motion to proceed in forma pauperis. Requiring her to correct this deficiency however, would merely delay resolution of this case. For the reasons that follow, this case shall be remanded to the Circuit Court for Baltimore County, Maryland."

8. This said court hurriedly siding against me as a consumer, "Homeowner" and as a Pro se litigant in favor of big Wall Street Banks is unfair, bias, prejudicial and discriminatory which is a violation of my rights under the constitution and due process which is unethical. Had the Defendant received the proper Deficiency Notice from the court, a timely response would have been filed.

9. Since both state circuit and federal courts are closed to the public. It was not conceivable that this Court would make a ruling since this matter is one not of an emergency nature, such as a criminal or a domestic violence matter.

10. Under the circumstances regarding current unethical misconduct and prior issues with "APPEAL" cases that defendant/Plaintiff paid appeal fees and other court costs that were wrongfully "DISMISSED" by this said Judge. I hereby request that this case be removed from this said judge and reassigned to the original judge on the pending federal case to Honorable Richard D. Bennett.

I also respectfully request that this Court allow me the opportunity to retain counsel as soon as the federal government and/or Governor Hogan reopens the courts to the public in order to respond to Plantiffs "Motion to Remand" and seek JURY trial on the merits.

Respectfully submitted,

Marilyn E. Howard, Pro se litigant

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021 a copy of this Motion to Reconsider was served on the following party via first class mail:

Ms. Laurie B. Goon, Esq.  
Duane Morris LLP  
100 International Drive, Suite 700  
Baltimore, MD 21202

ROBERT E. FRAZIER  
BROCK AND SCOTT  
484 VIKING DRIVE  
SUITE 203  
VIRGINIA BEACH, VA, 23462

Marilyn E. Howard, pro se litigant