IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEITH M. YACKO                            *

v.                                        *     Civil Action No. CCB-20-3763

MARILYN ELIZABETH HOWARD                  *

                                        ***

## ORDER

On December 28, 2020, the defendant Marilyn Elizabeth Howard removed this foreclosure action from the Circuit Court for Baltimore County to this court. (ECF 1). In response, the plaintiff Keith M. Yacko filed a motion to remand the action to state court. (ECF 5). Finding it lacked subject matter jurisdiction over the claims asserted by Mr. Yacko, the court granted the motion to remand on January 28, 2021. (ECF 6). Now before the court is Ms. Howard's motion to reconsider the court's remand order. (ECF 8).

The federal removal statute generally prohibits review of a remand order if the remand is, as here, for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(d); s*ee also Barlow v. Colgate Palmolive Co.*, 772 F.3d 1001, 1007 (4th Cir. 2014) (en banc). Therefore, this court does not have the authority to entertain Ms. Howard's motion for reconsideration.[1]

Accordingly, it is this 29th day of March, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Howard's motion for reconsideration (ECF 8) is DENIED; and

2. The Clerk SHALL SEND a copy of this Order to counsel of record and to Howard.

/s/
Catherine C. Blake
United States District Judge

---

[1] Nor is there anything in Ms. Howard's motion to reconsider that indicates the decision to remand was erroneous.