FILED: September 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1524
(1:20-cv-03763-CCB)

KEITH MICHAEL YACKO,

        Plaintiff - Appellee,

v.

MARILYN ELIZABETH HOWARD,

        Defendant - Appellant.

O R D E R

    Appellant seeks to appeal the district court's order remanding the underlying action to the state court from which it was removed. Appellee has filed a motion to dismiss the appeal. Section 1447(d) of Title 28 prohibits us from reviewing remand orders based on the grounds specified in 28 U.S.C. § 1447(c)—i.e., "(1) a district court's lack of subject matter jurisdiction or (2) a defect in removal other than lack of subject matter jurisdiction that was raised by the motion of a party within 30 days after the notice of removal was filed." *Ellenburg v. Spartan Motors Chassis, Inc.*, 519 F.3d 192, 196 (4th Cir. 2008) (internal quotation marks omitted). This is so even where we conclude that the district court's remand order was erroneous. *Id.* We look to the substance of a remand order to

determine whether it was issued under § 1447(c). *Borneman v. United States*, 213 F.3d 819, 824-25 (4th Cir. 2000).

Appellee moved to remand to the state court within 30 days of Appellant's notice of removal. The district court remanded on the grounds that it lacked subject matter jurisdiction and the notice of removal was untimely filed. Thus, we are without jurisdiction to review the remand order. Accordingly, we grant Appellee's motion to dismiss the appeal.

Entered at the direction of the panel: Judge Wynn, Judge Quattlebaum, and Senior Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk